JUDGE KARAS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CV 3437

---------------------------------------------------------------- X
FIRM 6, INC. d/b/a PAM & CO.,          :
                                       :  Civil Action No. _____
        Plaintiff,             :
                                       :  ECF Case
        v.                     :
                                       :
SHEDRAIN CORPORATION,                  :
                                       :
        Defendant.             :
---------------------------------------------------------------- X

MAY 0 1 2007

## FEDERAL RULE 7.1 STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (a private non-governmental) party, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Dated: Scarsdale, New York
      April 30, 2007

Respectfully submitted,

LACKENBACH SIEGEL LLP

By: _____
    Myron Greenspan (MG 7347)
    Cathy E. Shore-Sirotin (CS 0682)
    One Chase Road
    Scarsdale, New York 10583
    (914) 723-4300
    (914) 723-4301 (fax)
    *Attorneys for Plaintiff*