AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____Southern_____ DISTRICT OF _____New York_____

Firm 6, Inc. d/b/a Pam & Co.,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Shedrain Corporation

**JUDGE KARAS**

TO: (Name and address of defendant)

Shedrain Corporation
8303 NE Killingsworth Street
Portland, Oregon 97220

07 CV 3437

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Myron Greenspan, Esq.
Lackenbach Siegel LLP
One Chase Road
Scarsdale, New York 10583

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

MAY 0 1 2007

CLERK                                                              DATE

*Melanie L. Lopez* (signature)

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 5-14-07 |
| NAME OF SERVER (PRINT) WALLY E. LEMKE | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Business - SEEDRAIN CORPORATION TO: BARBARA ESPINOSA @ VICE PRESIDENT / FINANCE.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-14-07
                Date

Signature of Server

8305 SE Monterey Ave, Ste 220
Portland, OR 97086
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Firm 6, Inc. dba Pam & Co., et. al., Plaintiff(s)
vs.
Shedrain Corporation, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 083159-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Shedrain Corporation,
Court Case No. 07-CV-3437-KMK

LACKENBACH, SIEGEL, MARZULLO, ET AL
Ms. Nicole Saraco
One Chase Road
Scarsdale, NY 10583

State of: OREGON ) ss.
County of: CLACKAMAS )

**Name of Server:** WALLY E. LEMKE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 14 day of May, 2007, at 1:23 o'clock PM

**Place of Service:** at 8303 NE Killingsworth, in Portland, OR 97238

**Documents Served:** the undersigned served the documents described as:
Summons in a Civil Case; Complaint; Federal Rule 7.1 Statement;
Civil Cover Sheet; Individual Practices of United States District
Judge Kenneth M. Karas and United States Magistrate Judge
Michael H. Dolinger; USDC/SDNY Instructions, Procedures
and Guidelines for Filing an Electronic Case or Appeal

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Shedrain Corporation,**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: BARBARA ESPINOSA

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color Cauc ; Hair Color RED ; Facial Hair No
Approx. Age 49 ; Approx. Height 5'9 ; Approx. Weight 168

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this 16 day of May, 2007

_____  1-31-10
Notary Public         (Commission Expires)

**APS International, Ltd.**

OFFICIAL SEAL
REBEKA EJTEHADI
NOTARY PUBLIC-OREGON
COMMISSION NO. 401873
MY COMMISSION EXPIRES JAN. 31, 2010