Paul Fields (PF2532)
Robert S. Weisbein (RW0080)
Kathryn A. Stamella (KS3883)
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0042
Tel: 212.527.7700
Fax: 212.527.7701

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Firm 6, Inc. d/b/a Pam & Co.,

    Plaintiff,

v.

SHEDRAIN CORPORATION

    Defendant.
-----------------------------------------------------------x

Case No. 07 CV 3437 (KMK)
ECF CASE

## JOINT MOTION TO EXTEND DEFENDANT'S TIME TO ANSWER THE COMPLAINT

The parties herein, through their respective attorneys, hereby agree, subject to the Court's approval, that the time for Defendant to answer, move, or otherwise respond to the Complaint herein be, and is hereby extended two weeks up to and including June 18, 2007. The due date for Defendant to answer, move, or otherwise respond was originally scheduled for June 4, 2007.

Respectfully submitted,

DARBY & DARBY P.C.

By: _____

Dated: May 31, 2007
New York, New York

{W:\06912\6003176-000\01121286.DOC }

1

MAY-31-2007 15:07        LACKENBACH SIEGEL                914 723 4301    P.03

                                        Paul Fields (PF2532)
                                        Robert S. Weisbein (RW0080)
                                        Kathryn A. Starnella (KS3883)
                                        7 World Trade Center
                                        250 Greenwich Street
                                        New York, NY 10007-0042
                                        Tel: 212.527.7700
                                        Fax: 212.753.6237

                                        *Attorneys for all Defendants*

                                        LACKENBACH SIEGEL LLP

Dated: May 31, 2007          By:    [signature]
       New York, New York
                                        Myron Greenspan (MG 7347)
                                        Cathy E. Shore-Sirotin (CS 0682)
                                        One Chase Road
                                        Scarsdale, NY 10583
                                        Tel: 914-723-4300
                                        Fax: 914-723-4301

                                        *Attorneys for Plaintiff*
                                        Firm 6, Inc. d/b/a Pam & Co.

                                        SO ORDERED

                                        [signature]
                                        Hon. Kenneth M. Karas
                                        United States District Judge

                                        Dated: June 5, 2007

{W:\06912\6003176-000\01121286.DOC }                        2

                                                                     TOTAL P.03