*Karas, J*

Paul Fields (PF2532)
Robert S. Weisbein (RW0080)
Kathryn A. Starnella (KS3883)
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0042
Tel: 212.527.7700
Fax: 212.527.7701

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/07
```

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
Firm 6, Inc. d/b/a Pam & Co.,

    *Plaintiff*,

v.

SHEDRAIN CORPORATION

    *Defendant*.

-----------------------------------------------------------x

Case No. 07 CV 3437 (KMK)
**ECF CASE**

## SECOND JOINT MOTION TO EXTEND DEFENDANT'S TIME TO ANSWER THE COMPLAINT

The parties herein, through their respective attorneys, hereby agree, subject to the Court's approval, that the time for Defendant to answer, move, or otherwise respond to the Complaint herein be, and is hereby extended two weeks up to and including July 2, 2007 from the previously agreed-upon date of June 18, 2007.

The due date for Defendant to answer, move, or otherwise respond was originally scheduled for June 4, 2007. The parties have agreed to this extension of time to allow them sufficient time to negotiate and execute a settlement agreement.

Respectfully submitted,

DARBY & DARBY P.C.

Dated: June 14, 2007　　　　　By: _/s/_
New York, New York
Paul Fields (PF2532)
Robert S. Weisbein (RW0080)
Kathryn A. Starnella (KS3883)
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0042
Tel: 212.527.7700
Fax: 212.753.6237

*Attorneys for all Defendants*

LACKENBACH SIEGEL LLP

Dated: June 14, 2007　　　　　By: _/s/_
New York, New York
Myron Greenspan (MG 7347)
Cathy E. Shore-Sirotin (CS 0682)
One Chase Road
Scarsdale, NY 10583
Tel: 914-723-4300
Fax: 914-723-4301

*Attorneys for Plaintiff*
Firm 6, Inc. d/b/a Pam & Co.

SO ORDERED

_/s/_

Hon. Kenneth M. Karas
United States District Judge

Dated: June 15, 2007