KARAS, S.

Paul Fields (PF2532)
Robert S. Weisbein (RW0080)
Kathryn A. Starnella (KS3883)
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0042
Tel: 212.527.7700
Fax: 212.527.7701



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/07

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
Firm 6, Inc. d/b/a Pam & Co.,           :

    *Plaintiff,*

v.                                      :  Case No. 07 CV 3437 (KMK)
                                           **ECF CASE**

SHEDRAIN CORPORATION

    *Defendant.*

---------------------------------------------------------x

## FIFTH JOINT MOTION TO EXTEND DEFENDANT'S TIME TO ANSWER THE COMPLAINT

The parties herein, through their respective attorneys, hereby agree, subject to the Court's approval, that the time for Defendant to answer, move, or otherwise respond to the Complaint herein be, and is hereby extended four weeks up to and including August 30, 2007 from the previously agreed-upon date of July 30, 2007. The due date for Defendant to answer, move, or otherwise respond was originally scheduled for June 4, 2007.

{W:\06912\6003176-000\01186608.DOC }                                               1

The parties have agreed to this extension of time to allow them additional time to negotiate and execute a settlement agreement.

Dated: July 30, 2007
New York, New York

Respectfully submitted,
DARBY & DARBY P.C.

By: _____
Paul Fields (PF2532)
Robert S. Weisbein (RW0080)
Kathryn A. Stamella (KS3883)
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0042
Tel: 212.527.7700
Fax: 212.527.7701

*Attorneys for all Defendants*

Dated: July 30, 2007
New York, New York

LACKENBACH SIEGEL LLP

By: _____
Myron Greenspan (MG 7347)
Cathy E. Shore-Sirotin (CS 0682)
One Chase Road
Scarsdale, NY 10583
Tel: 914-723-4300
Fax: 914-723-4301

*Attorneys for Plaintiff*
Firm 6, Inc. d/b/a Pam & Co.

SO ORDERED

_____
Hon. Kenneth M. Karas
United States District Judge

Dated: August 6, 2007

{W:\06912\6003176-000\01186608.DOC }                    2