Paul Fields (PF2532)
Robert S. Weisbein (RW0080)
Kathryn A. Stanjella (KS3883)
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0042
Tel: 212.527.7700
Fax: 212.527.7701

*Attorneys for Defendants*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FIRM 6, INC. D/B/A PAM & CO.,

    Plaintiff,

v.

SHEDRAIN CORPORATION

    Defendant.
-----------------------------------------------------------x

Case No. 07 CV 3437 (KMK)
ECF CASE

### SIXTH JOINT MOTION TO EXTEND DEFENDANT'S TIME TO ANSWER THE COMPLAINT

The parties herein, through their respective attorneys, hereby agree, subject to the Court's approval, that the time for Defendant to answer, move, or otherwise respond to the Complaint herein be, and is hereby extended four weeks up to and including September 27, 2007 from the previously agreed-upon date of August 30, 2007. The due date for Defendant to answer, move, or otherwise respond was originally scheduled for June 4, 2007.

1

The parties have agreed to this extension of time to allow them additional time to finalize and execute a settlement agreement.

Respectfully submitted,

DARBY & DARBY P.C.

Dated: August 28, 2007        By: _____
New York, New York            Paul Fields (PF2532)
                              Robert S. Weisbein (RW0080)
                              Kathryn A. Starnella (KS3883)
                              7 World Trade Center
                              250 Greenwich Street
                              New York, NY 10007-0042
                              Tel: 212.527.7700
                              Fax: 212.527.7701

                              *Attorneys for all Defendants*

                              LACKENBACH SIEGEL LLP

Dated: August 2?, 2007        By: _____
New York, New York            Myron Greenspan (MG 7347)
                              Cathy E. Shore-Sirotin (CS 0682)
                              One Chase Road
                              Scarsdale, NY 10583
                              Tel: 914-723-4300
                              Fax: 914-723-4301

                              *Attorneys for Plaintiff*
                              Firm 6, Inc. d/b/a Pam & Co.

SO ORDERED

_____
Hon. Kenneth M. Karas
United States District Judge

Dated: September __, 2007

2