Paul Fields (PF2532)
Robert S. Weisbein (RW0080)
Kathryn A. Stamella (KS3883)
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0042
Tel: 212.527.7700
Fax: 212.527.7701

*Attorneys for Defendants*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
FIRM 6, INC. D/B/A PAM & CO.,           :
                                         :
       *Plaintiff*,                      :
                                         :  Case No. 07 CV 3437 (RJS)
v.                                       :  **ECF CASE**
                                         :
SHEDRAIN CORPORATION                     :
                                         :
       *Defendant.*                      :
                                         :
-----------------------------------------------------------x

## SEVENTH JOINT MOTION TO EXTEND DEFENDANT'S TIME TO ANSWER THE COMPLAINT

The parties herein, through their respective attorneys, hereby agree, subject to the Court's approval, that the time for Defendant to answer, move, or otherwise respond to the Complaint herein be, and is hereby extended two weeks up to and including October 11, 2007 from the previously agreed-upon date of September 27, 2007. The due date for Defendant to answer, move, or otherwise respond was originally scheduled for June 4, 2007.

The parties have agreed to this extension of time to allow them time to execute a settlement agreement.

Respectfully submitted,

DARBY & DARBY P.C.

Dated: September 26, 2007  
New York, New York

By: _____  
Paul Fields (PF2532)  
Robert S. Weisbein (RW0080)  
Kathryn A. Starnella (KS3883)  
7 World Trade Center  
250 Greenwich Street  
New York, NY 10007-0042  
Tel: 212.527.7700  
Fax: 212.527.7701

*Attorneys for all Defendants*

LACKENBACH SIEGEL LLP

Dated: September 26, 2007  
New York, New York

By: _____  
Myron Greenspan (MG 7347)  
Cathy E. Shore-Sirotin (CS 0682)  
One Chase Road  
Scarsdale, NY 10583  
Tel: 914-723-4300  
Fax: 914-723-4301

*Attorneys for Plaintiff*  
Firm 6, Inc. d/b/a Pam & Co.

Counsel shall appear for Case Management Conference on October 12, 2007 @ 10AM.

SO ORDERED

_____  
Hon. Kenneth M. Karas  
United States District Judge

Dated: September 26, 2007