UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
Firm 6, Inc. d/b/a Pam & Co.,                :

    *Plaintiff*,                                      :
                                                             :    Case No. 07 CV 3437 (KMK)
v.                                                           :    **ECF CASE**
                                                             :
SHEDRAIN CORPORATION              :
                                                             :
    *Defendant*.                                  :
                                                             :
----------------------------------------------------------------x

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Firm 6, Inc. d/b/a Pam & Co, Defendant Shedrain Corporation not having filed an Answer to the Complaint, agrees to the dismissal of the Complaint with prejudice.

Dated: Oct. 11, 2007                    LACKENBACH SIEGEL LLP

                                                         By: _____
                                                         Myron Greenspan, Esq.
                                                         One Chase Road
                                                         Scarsdale, New York 10583

                                                         *Attorneys for Plaintiff*
                                                         Firm 6, Inc. d/b/a Pam & Co.

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the enclosed **NOTICE OF DISMISSAL WITH PREJUDICE** was served on Defendant Shedrain Corporation on October 11, 2007 via electronic mail and U.S. 1st Class Mail, addressed to counsel for Defendant as follows:

Kathryn A. Starnella, Esq.
Darby & Darby, P.C.
7 World Trade Center
250 Greenwich Street
New York, New York 10007-0042

And via electronic filing which will send electronic copies of the enclosed to counsel of record.

Dated: Scarsdale, New York
      October 11, 2007

*Nicole Saraco*
Nicole Saraco