USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/07

Sullivan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Firm 6, Inc. d/b/a Pam & Co.,           :
                                        :
    *Plaintiff*,                           :
                                        :   Case No. 07 CV 3437 (RJS)
v.                                      :   **ECF CASE**
                                        :
SHEDRAIN CORPORATION                    :
                                        :
    *Defendant*.                           :
                                        :
------------------------------------------------------------x

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff Firm 6, Inc. d/b/a Pam & Co, Defendant Shedrain Corporation not having filed an Answer to the Complaint, agrees to the dismissal of the Complaint with prejudice.

Dated: Oct. 11, 2007

LACKENBACH SIEGEL LLP

By: _____
Myron Greenspan, Esq.
One Chase Road
Scarsdale, New York 10583

*Attorneys for Plaintiff*
Firm 6, Inc. d/b/a Pam & Co.

SO ORDERED:

_____

{W:\06912\6003176-000\01241370.DOC }